UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLADIMIR JEANTY,

                Plaintiff,

-v.-

CITY OF NEW YORK, *et al.*,

                Defendants.

18 Civ. 5920 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    On December 17, 2019 it was reported to the Court that the settlement conference in this case was unsuccessful. (Minute Entry for 12/17/19). The parties are hereby ORDERED to appear for a conference on **January 9, 2020 at 10:00 a.m.** in Courtroom 26B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, to discuss next steps in this case. The parties are hereby ORDERED to submit a status letter to the Court on or before **January 2, 2020**, informing the Court how they would like this case to proceed.

    SO ORDERED.

Dated:  December 18, 2019
          New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge