UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADIMIR JEANTY,<br><br>      Plaintiff,<br><br>   -v.-<br><br>THE CITY OF NEW YORK,<br><br>      Defendant. | 18 Civ. 5920 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On April 29, 2020, the Court scheduled a pretrial conference, to schedule a trial on damages in this matter, for May 28, 2020, at 10:00 a.m. (Dkt. #80). That conference will proceed as scheduled telephonically. The dial-in information is as follows: At 10:00 a.m. on May 28, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*". Please note, the conference will not be available prior to 10:00 a.m.

  SO ORDERED.

Dated: May 27, 2020
     New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge